# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BRENZ, DAVID E. § Case No. 12-81998
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/02/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /  By:  /s/ STEPHEN G. BALSLEY
                                                        Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BRENZ, DAVID E.    § Case No. 12-81998
 § 
 § 
Debtor(s)    § 

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,000.00 |
| *and approved disbursements of* | $ 85.80 |
| *leaving a balance on hand of* [1] | $ 5,914.20 |
| **Balance on hand:** | $ 5,914.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $ 0.00
Remaining balance:    $ 5,914.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,350.00 | 0.00 | 1,350.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,798.00 | 0.00 | 1,798.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:    $ 3,441.00
Remaining balance:    $ 2,473.20

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $      0.00
Remaining balance: $  2,473.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $      0.00
Remaining balance: $  2,473.20

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,800.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CANDICA, LLC | 1,408.42 | 0.00 | 167.46 |
| 2 | Saint Anthony Medical Center | 345.65 | 0.00 | 41.10 |
| 3 | eCAST Settlement Corporation, assignee | 10,702.29 | 0.00 | 1,272.48 |
| 4 | Capital One Bank (USA), N.A. | 5,635.83 | 0.00 | 670.09 |
| 5 | Portfolio Recovery Associates, LLC | 1,333.29 | 0.00 | 158.53 |
| 6 | Portfolio Recovery Associates, LLC | 1,375.50 | 0.00 | 163.54 |

Total to be paid for timely general unsecured claims: $  2,473.20
Remaining balance: $      0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:  $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-81998-TML
David E. Brenz Chapter 7
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3 User: cshabez Page 1 of 2 Date Rcvd: Sep 05, 2013
 Form ID: pdf006 Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2013.
```
db         +David E. Brenz,    313 W. 3rd Street,    Byron, IL 61010-9413
18929203   +A Law Office of Crosby and Associates,    PC & American Law Firm PC,    475 Executive Parkway,
             Rockford, IL 61107-5282
18929204   +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
18929202   +Brenz David E,    313 W 3rd Street,    Byron, IL 61010-9413
18929205  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Cap One,    Po Box 85520,    Richmond, VA  23285)
20311733    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
18929206   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18929207   +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
18929209    Dennis A. Brebner & Assoc,    860 Northpoint Blvd,    Waukegan, IL  60085-8211
18929211   +Liz Chelinsky,    11604 IL Route 2,    Rockford, IL 61102-9601
18929212   +Merchants Cr,    223 W Jackson St,    Chicago, IL 60606-6908
19474299  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,
             Chase Bank USA N.A. (Washington Mutual),    P.O. Box 41067,    Norfolk, VA  23541)
18929213   +Rockford Mercantil Agency Inc,    2502 S Alpine Rd,    Rockford, IL 61108-7813
18929214    Saint Anthony Medical Center,    5510 E State St,    Rockford, IL  61108-2381
19123990   +Saint Anthony Medical Center,    POB 5065,    Rockford, IL 61125-0065
18929215    Swedish American Hospital,    P.O. Box 4448,    Rockford, IL  61110-0948
18929217   +Vericrest,    Po Box 24610,    Oklahoma City, OK  73124-0610
18929219  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD  21701)
18929218   +Wells Fargo Bank NA,    4137 121st Street,    Urbandale, IA 50323-2310
18938559    eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
19152637    eCAST Settlement Corporation, assignee,    of CitiFinancial, Inc.,    POB 29262,
             New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19106928   +E-mail/Text: bncmail@w-legal.com Sep 06 2013 00:58:21      CANDICA, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19173927    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 06 2013 01:02:03      Capital One Bank (USA), N.A.,
             PO Box 248839,    Oklahoma City, OK  73124-8839
18929208   +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Sep 06 2013 00:56:41      Creditors Protection S,
             202 W State St Ste 300,    Rockford, IL 61101-1163
18929210   +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2013 01:02:07      Gemb/home Design-floor,
             Po Box 981439,    El Paso, TX 79998-1439
18929216    E-mail/Text: bnc@ursi.com Sep 06 2013 00:57:32      United Recovery Systems,    POB 722929,
             Houston, TX  77272-2929
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19474311*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,
             GE Capital (Preferred Floor Covering),    P.O. Box 41067,    Norfolk, VA  23541)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2013 Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: cshabez              Page 2 of 2                  Date Rcvd: Sep 05, 2013
                              Form ID: pdf006            Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2013 at the address(es) listed below:

```
          Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
          Linda  Godfrey    on behalf of Debtor David E. Brenz lgodfrey@thecrosbylawfirm.com,
           hharms@thecrosbylawfirm.com
          Lydia Y Siu    on behalf of Creditor    Wells Fargo Bank, N.A. lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    on behalf of Plaintiff Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
                                                                                             TOTAL: 8
```