**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BRENZ, DAVID E.                               § Case No. 12-81998
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $224,356.53                     Assets Exempt: $101,876.53
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,473.20        Claims Discharged
                                                  Without Payment: $34,500.13

Total Expenses of Administration: $3,526.80

---

   3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $125,335.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,233.80 | 3,526.80 | 3,526.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,033.00 | 20,800.98 | 20,800.98 | 2,473.20 |
| **TOTAL DISBURSEMENTS** | $163,368.00 | $25,034.78 | $24,327.78 | $6,000.00 |

4) This case was originally filed under Chapter 7 on May 18, 2012. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/19/2013          By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Allied Equipment, LLC 100% Managing Member Itemi | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 125,335.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$125,335.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 0.00 | 293.00 | 293.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,798.00 | 1,798.00 | 1,798.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 5.80 | 5.80 | 5.80 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $4,233.80 | $3,526.80 | $3,526.80 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CANDICA, LLC | 7100-000 | 1,304.00 | 1,408.42 | 1,408.42 | 167.46 |
| 2 | Saint Anthony Medical Center | 7100-000 | 345.65 | 345.65 | 345.65 | 41.10 |
| 3 | eCAST Settlement Corporation, assignee | 7100-000 | 11,875.00 | 10,702.29 | 10,702.29 | 1,272.48 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 5,593.00 | 5,635.83 | 5,635.83 | 670.09 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 1,333.00 | 1,333.29 | 1,333.29 | 158.53 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 1,410.00 | 1,375.50 | 1,375.50 | 163.54 |
| NOTFILED | Rockford Mercantil Agency Inc | 7100-000 | 345.65 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Merchants Cr | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 195.40 | N/A | N/A | 0.00 |
| NOTFILED | United Recovery Systems | 7100-000 | 420.79 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank NA | 7100-000 | 7,158.11 | N/A | N/A | 0.00 |
| NOTFILED | Vericrest | 7100-000 | 420.00 | N/A | N/A | 0.00 |
| NOTFILED | Liz Chelinsky | 7100-000 | 6,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Dennis A. Brebner & Assoc | 7100-000 | 195.40 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection S | 7100-000 | 1,012.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $38,033.00 | $20,800.98 | $20,800.98 | $2,473.20 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81998  
**Case Name:** BRENZ, DAVID E.

**Period Ending:** 11/19/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/18/12 (f)  
**§341(a) Meeting Date:** 06/21/12  
**Claims Bar Date:** 09/26/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 313 W. 3rd St., Byron, IL 61010, nlyPu | 136,170.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Sterling Federal Bank Acct # xxxx1888 b | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods & Furnishings audio, video, and | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Pension Midwest Operating Engineer Fringe Benefi | 86,866.53 | 0.00 | | 0.00 | FA |
| 7 | Allied Equipment, LLC 100% Managing Member Itemi<br>  Default Judgment entered 9/24/12.<br>See Order to Compromise Controversy entered 10/29/12. | 2,855.00 | 11,000.00 | | 6,000.00 | FA |
| 7 | **Assets** **Totals** (Excluding unknown values) | **$227,211.53** | **$11,000.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013       **Current Projected Date Of Final Report (TFR):**   August 29, 2013  (Actual)

Printed: 11/19/2013 10:35 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-81998  
**Case Name:** BRENZ, DAVID E.  

**Taxpayer ID #:** **-***1173  
**Period Ending:** 11/19/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******08-66 - Checking Account  
**Blanket Bond:** $736,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/19/12 | {7} | Allied Equipment, LLC | Monthly (1 of 10) installment toward payment of Judgment | 1129-000 | 600.00 | | 600.00 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 600.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 600.00 | 600.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 600.00 | |
| | | | **Subtotal** | | 600.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$600.00** | **$0.00** | |

{} Asset reference(s)

Printed: 11/19/2013 10:35 AM    V.13.13

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-81998  
**Case Name:** BRENZ, DAVID E.  

**Taxpayer ID #:** **-***1173  
**Period Ending:** 11/19/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****808866 - Checking Account  
**Blanket Bond:** $736,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 600.00 | | 600.00 |
| 12/24/12 | {7} | Allied Equipment, LLC | Monthly (2 of 10) installment toward payment of Judgment | 1129-000 | 600.00 | | 1,200.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,190.00 |
| 01/17/13 | {7} | Allied Equipment, LLC | Monthly (3 of 10) installment toward payment of Judgment | 1129-000 | 600.00 | | 1,790.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,780.00 |
| 02/22/13 | {7} | Allied Equipment, LLC | Monthly (4 of 10) installment toward payment of Judgment | 1129-000 | 600.00 | | 2,380.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,370.00 |
| 03/19/13 | {7} | Allied Equipment, LLC | Monthly (5 of 10) installment toward payment of Judgment | 1129-000 | 600.00 | | 2,970.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,960.00 |
| 04/18/13 | {7} | Allied Equipment, LLC | Monthly (6 of 10) installment toward payment of Judgment | 1129-000 | 600.00 | | 3,560.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,550.00 |
| 05/24/13 | {7} | Allied Equipment LLC | Monthly (7 of 10) installment toward payment of Judgment | 1129-000 | 600.00 | | 4,150.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,140.00 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-81998 | 2300-000 | | 5.80 | 4,134.20 |
| 06/20/13 | {7} | Allied Equipment, LLC | Monthly (8 of 10) installment toward payment of Judgment | 1129-000 | 600.00 | | 4,734.20 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,724.20 |
| 07/17/13 | {7} | Allied Equipment, LLC | Monthly (9 of 10) installment toward payment of Judgment | 1129-000 | 600.00 | | 5,324.20 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,314.20 |
| 08/27/13 | {7} | Allied Equipment, LLC | Final monthly (10 of 10) installment toward payment of Judgment | 1129-000 | 600.00 | | 5,914.20 |
| 10/02/13 | 10102 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 293.00 | 5,621.20 |
| 10/02/13 | 10103 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,798.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,798.00 | 3,823.20 |
| 10/02/13 | 10104 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,350.00, Trustee Compensation; Reference: | 2100-000 | | 1,350.00 | 2,473.20 |

Subtotals :          $6,000.00          $3,526.80

{} Asset reference(s)                                                                 Printed: 11/19/2013 10:35 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-81998  
**Case Name:** BRENZ, DAVID E.  
**Taxpayer ID #:** **-***1173  
**Period Ending:** 11/19/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****808866 - Checking Account  
**Blanket Bond:** $736,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/02/13 | 10105 | CANDICA, LLC | Dividend paid 11.88% on $1,408.42; Claim# 1; Filed: $1,408.42; Reference: | 7100-000 | | 167.46 | 2,305.74 |
| 10/02/13 | 10106 | Saint Anthony Medical Center | Dividend paid 11.88% on $345.65; Claim# 2; Filed: $345.65; Reference: | 7100-000 | | 41.10 | 2,264.64 |
| 10/02/13 | 10107 | eCAST Settlement Corporation, assignee | Dividend paid 11.88% on $10,702.29; Claim# 3; Filed: $10,702.29; Reference: | 7100-000 | | 1,272.48 | 992.16 |
| 10/02/13 | 10108 | Capital One Bank (USA), N.A. | Dividend paid 11.88% on $5,635.83; Claim# 4; Filed: $5,635.83; Reference: | 7100-000 | | 670.09 | 322.07 |
| 10/02/13 | 10109 | Portfolio Recovery Associates, LLC | Dividend paid 11.88% on $1,333.29; Claim# 5; Filed: $1,333.29; Reference: | 7100-000 | | 158.53 | 163.54 |
| 10/02/13 | 10110 | Portfolio Recovery Associates, LLC | Dividend paid 11.88% on $1,375.50; Claim# 6; Filed: $1,375.50; Reference: | 7100-000 | | 163.54 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 6,000.00 | 6,000.00 | $0.00 |
| Less: Bank Transfers | 600.00 | 0.00 | |
| **Subtotal** | 5,400.00 | 6,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,400.00** | **$6,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******08-66 | 600.00 | 0.00 | 0.00 |
| Checking # ****808866 | 5,400.00 | 6,000.00 | 0.00 |
| | $6,000.00 | $6,000.00 | $0.00 |

{} Asset reference(s)

Printed: 11/19/2013 10:35 AM V.13.13